IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 16-CV-00272

MCNEAL WILLIAMS,

    Plaintiff,

v.

CREDIT ONE BANK,

    Defendant.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, MCNEAL WILLIAMS, and Defendant, CREDIT ONE BANK, N.A through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, without prejudice, both sides to bear their own fees and costs.

DATED: June 24, 2016

| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
|---|---|
| By: Shireen Hormozdi | By: /s/ Cassandra L. Crawford (w/permission) |
| Shireen Hormozdi | Cassandra L. Crawford |
| Hormozdi Law Firm, LLC | Mark A. Stafford |
| 1770 Indian Trail Lilburn Road, Suite 175 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| Norcross, GA 30093 | 380 Knollwood Street, Suite 530 |
| Tel: 678-395-7795 | Winston-Salem, NC 27103 |
| Fax: 866-929-2434 | Tel.: 336-774-3334 |
| shireen@agrusslawfirm.com | Fax: 336-774-3299 |
| shireen@norcrosslawfirm.com | cassie.crawford@nelsonmullins.com |
| Attorney for Plaintiff | mark.stafford@nelsonmullins.com |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

On June 24, 2016, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By:   Shireen Hormozdi
       Shireen Hormozdi